```
 1  THOMAS E. MONTGOMERY, County Counsel
    County of San Diego
 2  By THOMAS D. BUNTON, Senior Deputy (State Bar No. 193560)
    1600 Pacific Highway, Room 355
 3  San Diego, California 92101
    Telephone:  (619) 531-6456
 4  Facsimile:  (619) 531-6005

 5  Attorneys for Defendants William D. Gore, Sheriff;
    County of San Diego; and Jan Caldwell
 6
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KARRAS, an individual, | Case No. 3:14-cv-2564-BEN-KSC |
| Plaintiff, | |
| v. | JOINT MOTION TO DISMISS |
| WILLIAM D. GORE, SHERIFF, in his official capacity, COUNTY OF SAN DIEGO, a municipal corporation, JAN CALDWELL, an individual, UNKNOWN SAN DIEGO COUNTY SHERIFF'S DEPARTMENT FACEBOOK FAN PAGE ADMINISTRATORS II through V, in their individual and official capacities, inclusive, DOES VI THROUGH XX inclusive, | Courtroom:  5A<br>The Honorable Roger T. Benitez |
| Defendants. | |

The parties, by and through their respective attorneys of record, move this Court to dismiss this action with prejudice.

DATED: Feb. 18, 2015     THOMAS E. MONTGOMERY, County Counsel

By     s/ Thomas D. Bunton
    THOMAS D. BUNTON, Senior Deputy
Attorneys for Defendants William D. Gore, Sheriff;
County of San Diego; and Jan Caldwell

DATED: Feb. 18, 2015     THE MACMILLAN LAW GROUP, APC

By     s/ Scott A. McMillan
    SCOTT A McMILLAN, Esq.
Attorneys for Plaintiff Dimitrios Karras

DATED: Feb. 18, 2015     LAW OFFICE OF ALAN ALEXANDER BECK

By     s/ Alan Alexander Beck
    ALAN ALEXANDER BECK, Esq.
Attorneys for Plaintiff Dimitrios Karras

I, THOMAS D. BUNTON, hereby certify that the content of this joint motion to dismiss is acceptable to all parties required to sign this joint motion to dismiss. All parties authorize County Counsel to affix their CM/ECF electronic signature to this joint motion to dismiss.

DATED:  Feb. 18, 2015     THOMAS E. MONTGOMERY, County Counsel

By     s/ Thomas D. Bunton
    THOMAS D. BUNTON, Senior Deputy
Attorneys for Defendants William D. Gore, Sheriff;
County of San Diego; and Jan Caldwell

DECLARATION OF SERVICE

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On February 18, 2015, I served the following documents: **JOINT MOTION TO DISMISS** in the following manner:

☐ By personally delivering copies to the person served.

☐ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the FedEx overnight mail service at San Diego, California.

☐ By faxing a copy to the person served. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Scott A. McMillan<br>The McMillan Law Firm, APC<br>4670 Nebo Drive, Suite 200<br>La Mesa, CA  91941-5230<br>619-464-1500 x14<br>fax 206-600-5095<br>Email: *scott@mcmillan.us* | Alan Alexander Beck<br>Attorney at Law<br>4780 Governor Drive<br>San Diego, CA 92122<br>619-971-0414<br>Email: *alan.alexander.beck@gmail.com* |

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2015, at San Diego, California.

By:
S/ Thomas D. Bunton
Attorney for Defendant County of San Diego

Dimitrios Karras v. William D. Gore, etc., et al.; USDC No. 14cv2564 BEN (KSC)