UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIOS KARRAS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM D. GORE, SHERIFF, in his official capacity, COUNTY OF SAN DIEGO, a municipal corporation, JAN CALDWELL, an individual, UNKNOWN SAN DIEGO COUNTY SHERIFF'S DEPARTMENT FACEBOOK FAN PAGE ADMINISTRATORS II through V, in their individual and official capacities, inclusive, DOES VI THROUGH XX inclusive,<br><br>    Defendants. | Case No. 3:14-cv-2564-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Docket No. 24] |

    The parties' joint motion to dismiss is **GRANTED**.  This action is **DISMISSED** with prejudice.

DATED:  February 25, 2015

                                    HON. ROGER T. BENITEZ
                                    United States District Court Judge

14cv2564